[No. 59437-1-I. Division One. February 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ALICIA W., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-8-04071-8, Carol A. Schapira, J., entered December 12, 2006. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid and Cox, JJ.

[Nos. 59638-1-I; 60731-6-I. Division One. February 11, 2008.]

*In the Matter of the Estate of* AUDREY L. GARDNER.

THEODORE CLARK, *Appellant*, v. ROY GARDNER, *as Executor*, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 07-4-00151-1, Carlos Velategui, J. Pro Tem., entered February 2, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 34632-0-II. Division Two. February 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK CHESTER EARL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-05739-0, D. Gary Steiner, J., entered March 17, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 35056-4-II. Division Two. February 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENT ALLEN HEATH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-02559-0, Barbara D. Johnson, J., entered June 26, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ.